IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 3:26-CR- |
| | : | |
| vs. | : | |
| | : | |
| ANTHONY EDMOND, | : | VIOLATIONS: |
|    a/k/a Chapo, | : | 18 U.S.C. § 371 |
|    a/k/a Chapo Barksdale, | : | 18 U.S.C. § 922(a)(6) |
| RAFAEL ENRIQUEZ, | : | 18 U.S.C. § 924(a)(2) |
|    a/k/a Ritchie Rich, | : | 18 U.S.C. § 2 |
|    a/k/a Ralph, | : | 18 U.S.C. § 922(g)(1) |
| ELIJAH LUCENA, | : | 18 U.S.C. § 924(n) |
|    a/k/a Eli, | : | 18 U.S.C. § 922(d) |
|    a/k/a GMT Eli, | : | 18 U.S.C. § 922(o) |
| KEONTICE REED, | : | 18 U.S.C. § 924(c) |
|    a/k/a Manman, | : | 18 U.S.C. § 924(n) |
|    a/k/a GMT Manman, | : | 18 U.S.C. § 924 (o) |
| MELVIN GRIFFIN, | : | 21 U.S.C. § 846 |
|    a/k/a Memo600, | : | 26 U.S.C. § 5861 |
| | : | |
| | : | FILED UNDER SEAL |
| | : | |
| Defendants. | : | |

THE GRAND JURY CHARGES:

At all times material to this Indictment:

## GENERAL INTRODUCTION

The manner and means used to accomplish the objects and purposes of the conspiracy included, among other things:

1.      Defendants **RAFAEL ENRIQUEZ, ELIJAH LUCENA, KEONTICE REED,** and **MELVIN GRIFFIN** and others, known and unknown to the Grand Jury, asked Georgia resident and co-defendant **ANTHONY EDMOND** to make numerous "straw purchases" of firearms

1

from gun stores in the Middle District of Georgia and elsewhere. The firearms purchased by **ANTHONY EDMOND** were then primarily transported and distributed to criminal street gang members residing in and around Chicago, Illinois.

2.      **ANTHONY EDMOND** is a member of the Chicago-based gang known as the Black Disciples (referred to herein at times as the "BDs") and is an associate of another Chicago-based street gang known as the Conservative Vice Lords (referred to herein at times as the "CVLs"). At all times relevant to this Indictment, **EDMOND**, lived in Athens, Georgia within the Middle District of Georgia.  **EDMOND** is known by certain nicknames including "Chapo" and "Chapo Barksdale."

3.      **RAFAEL ENRIQUEZ** is a member of the CVLs. At all times relevant to this Indictment, **ENRIQUEZ** lived in Illinois and was a convicted felon who was prohibited from possessing firearms.  **ENRIQUEZ** is known by certain nicknames including "Ritchie Rich" and Ralph.

4.      **ELIJAH LUCENA** is a member of the CVLs. At all times relevant to this Indictment, **LUCENA** lived in Illinois and was a convicted felon who was prohibited from possessing firearms. **LUCENA** is known by certain nicknames including "Eli" and "GMT Eli"

5.      **KEONTICE REED** is a member of a Chicago-based street gang known as the Mickey Cobras and is an associate of the CVLs. At all times relevant to this Indictment, **REED** resided in Illinois, Georgia, and Indiana.  **REED** is known by certain nicknames including "Manman" and "GMT Manman."

6.      **MELVIN GRIFFIN** is a member of the BDs and is an associate of the CVLs. At all times relevant to this Indictment, **GRIFFIN** resided in and around Chicago and Snellville,

2

Georgia, and was a convicted felon who was prohibited from possessing firearms. **GRIFFIN** is known by the nickname, "Memo600."

7.      **H.S.**, an unindicted co-conspirator whose identity is known to the Grand Jury was a resident of Chicago, a convicted felon and an upper-level member of the CVLs, who asked **ENRIQUEZ** to acquire guns for him.

8.      **K.W.**, an unindicted co-conspirator whose identity is known to the Grand Jury was a resident of Chicago, a convicted felon and a member of the BDs who asked **EDMONDS** to acquire guns for him.

9.      From at least March 27, 2020, up to and including on or about November 10, 2021, **ANTHONY EDMOND** unlawfully purchased dozens of firearms from federal firearms licensees ("FFLs") in Georgia for members and associates of the BDs and CVLs. These firearms were often converted into fully automatic weapons and were used to commit numerous crimes of violence.

10.      **ANTHONY EDMOND** primarily purchased firearms from FFLs located in the Middle District of Georgia, that is: Kimberly's Jewelry, Inc. – Duncan and Company, d/b/a Franklin Gun Shop, located in Athens, Georgia; Athens Gun Club, located in Athens, Georgia; Triple B Guns and Ammo, located in Colbert, Georgia; Clyde Armory, Inc., located in Athens, Georgia; and Section 8 Armament, located in Colbert, Georgia.

11.      Rules and regulations, promulgated under the authority of Chapter 44, Title 18, United States Code, govern the manner FFLs are permitted to sell firearms and ammunition. The rules and regulations governing FFLs require that a person seeking to purchase a firearm must fill out a Firearm Transaction Record, ATF Form 4473. Part of the Form 4473 requires that

3

the prospective purchaser certify that all his or her answers on Form 4473 are true and correct. The Form 4473 contains language warning that "answering 'yes' to question 11.a. if [the person completing the form] is not the actual buyer of the firearm is a crime punishable as a felony... and that making any false oral or written statement, ... is a crime punishable as a felony." FFLs are required to maintain a record, in the form of a completed Form 4473, of the identity of the actual buyers of firearms sold by the FFLs.

12.     On each occasion that **ANTHONY EDMOND** purchased firearms from FFLs, he completed an ATF Form 4473 attesting that he was the true buyer or transferor of the firearms, and that he was not acquiring the firearms on behalf of another person.  Each time, **EDMOND,** intentionally and materially falsified these forms.

13.     In 2020 and 2021, **ANTHONY EDMOND** made multiple trips from Georgia to Illinois to transport firearms that he purchased in Georgia to members of the BDs and CVLs in Chicago.

14.     In 2021, **RAFAEL ENRIQUEZ** made multiple trips, and **ELIJAH LUCENA** made at least one trip, from Illinois to Georgia to retrieve firearms purchased for them by **ANTHONY EDMOND.** The firearms were then transported back to Illinois and provided to criminal street gang members.

15.     Prior to the gun purchases, **RAFAEL ENRIQUEZ, ELIJAH LUCENA, KEONTICE REED,** and **MELVIN GRIFFIN** coordinated with **ANTHONY EDMOND** over the phone and through social media to arrange the purchase of specific makes, models and calibers of firearms. During the conversations, the **ENRIQUEZ, LUCENA, REED,** and **GRIFFIN** frequently used coded or slang terms to refer to firearms, which they called, among other things,

4

"pipes," "straps," "licks," and "blicks." They also used coded language when discussing specific calibers of guns, such as referring to 10mm pistols as "dimes," .45 caliber pistols as "four nickels" or just "nickels," 5.7 caliber pistols as "fifty sevens," and 5.56 caliber pistols as "AR pistols."

16.    A "machinegun" is defined in 26 U.S.C. § 5845(b) and 18 U.S.C. § 921(a)(24) as "any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person."

17.    Machinegun conversion devices are small plastic or metal components designed to convert semi-automatic firearms into fully automatic weapons, enabling rapid fire with a single trigger pull. Machinegun conversion devices are defined as machineguns under the National Firearms Act, even when they are not installed on a firearm. Glock manufactured pistols are the preferred brand of firearms used by criminal street gang members, because they can easily be converted from semi-automatic to fully automatic firearms ("machineguns") through the installation of machinegun conversion devices, which when installed on Glock pistols are commonly referred to as "switches" or "Glock switches."

18.    **ANTHONY EDMOND** was supplied with machinegun conversion devices by **RAFAEL ENRIQUEZ**, which **EDMOND** then installed on several of the Glock pistols that he distributed. The **EDMOND** and **ENRIQUEZ** often used coded terms to refer to machinegun conversion devices, such as calling them "buttons," due to their appearance when installed on

5

the back of a Glock pistol, and "Nintendos," as a reference to Nintendo Co., Ltd. being the manufacturer of the Nintendo *Switch* video game system.

19.     **EDMOND** purchased ammunition at the direction of the conspirators.

20.     **EDMOND** purchased extended magazines and drum magazines at the direction of the conspirators.

21.     **EDMOND** test-fired the guns in the Athens, Georgia area including while they were converted to fully automatic functioning and with the magazines inserted.

### THE ANTHONY EDMOND GUN PURCHASES

22.     From at least September 18, 2020, up to and including on or about July 24, 2021, **ANTHONY EDMOND** purchased, at the request of **RAFAEL ENRIQUEZ, ELIJAH LUCENA, KEONTICE REED,** and **MELVIN GRIFFIN,** at least twenty-two (22) firearms from FFLs in the Middle District of Georgia. On each occasion, **EDMOND** filled out an ATF Form 4473 (Firearms Transaction Record) attesting that he was the true buyer or transferor of the firearms, and that he was not acquiring the firearms on behalf of another person. In truth and in fact, however, **EDMOND** was buying the guns at the direction and on behalf of **ENRIQUEZ, LUCENA, REED,** and **GRIFFIN.**

23.     The table below lists the firearms known to law enforcement that were unlawfully purchased by **ANTHONY EDMOND** for **RAFAEL ENRIQUEZ, ELIJAH LUCENA, KEONTICE REED,** and **MELVIN GRIFFIN** from FFLs located in the Middle District of Georgia. However, as further alleged below, **EDMOND** made additional straw purchases of firearms from FFLs located inside and outside of the Middle District of Georgia for other individuals, known and unknown to the Grand Jury.

6

| Manufacturer | Model | Serial Number | Type | Caliber | Purchase Date and FFL | Recipient |
|---|---|---|---|---|---|---|
| Century Arms | Micro Draco | PMD-20770-20 | Pistol | 7.62x39 | 9/18/2020 (Triple B Guns and Ammo) | **Melvin Griffin** |
| Glock | 19 | BTXK652 | Pistol | 9mm | 6/8/2021 (Franklin Gun Shop) | **Melvin Griffin** |
| Glock | 17 | BTVW521 | Pistol | 9mm | 6/8/2021 (Athens Gun Club) | **Melvin Griffin** |
| Glock | 19 | AFSL814 | Pistol | 9mm | 6/8/2021 (Athens Gun Club) | **Melvin Griffin** |
| Glock | 19 | AFDH592 | Pistol | 9mm | 5/15/2021 (Franklin Gun Shop) | **Rafael Enriquez** |
| Glock | 19 | BTDG919 | Pistol | 9mm | 5/15/2021 (Franklin Gun Shop) | **Rafael Enriquez** |
| Glock | 17 | AFKC596 | Pistol | 9mm | 5/17/2021 (Franklin Gun Shop) | **Rafael Enriquez** |
| Glock | 21 | AFNT372 | Pistol | .45 cal. | 5/17/2021 (Franklin Gun Shop) | **Rafael Enriquez** |
| Glock | 17 | BPFS357 | Pistol | 9mm | 5/17/2021 (Franklin Gun Shop) | **Rafael Enriquez** |
| Ruger | 57 | 642-27459 | Pistol | 5.7x28mm | 6/20/2021 (Athens Gun Club) | **Rafael Enriquez** |
| Springfield Armory | Saint | ST423704 | Pistol | 5.56 | 6/20/2021 (Athens Gun Club) | **Rafael Enriquez** |
| Glock | 32 | BTHY933 | Pistol | .357 | 6/20/2021 (Athens Gun Club) | **Rafael Enriquez** |
| Glock | 26 | AFSS269 | Pistol | 9mm | 6/20/2021 (Athens Gun Club) | **Rafael Enriquez** |

| Manufacturer | Model | Serial Number | Type | Caliber | Purchase Date and FFL | Recipient |
|---|---|---|---|---|---|---|
| Glock | 22 | BSRC645 | Pistol | .40 cal. | 6/21/2021 (Athens Gun Club) | **Elijah Lucena** |
| Glock | 22 | BSRC484 | Pistol | .40 cal. | 6/21/2021 (Athens Gun Club) | **Elijah Lucena** |
| Glock | 27 | BSYR318 | Pistol | .40 cal. | 7/19/2021 (Athens Gun Club) | **Keontice Reed** |
| Glock | 31 | BSUG220 | Pistol | .357 cal. | 7/19/2021 (Athens Gun Club) | **Keontice Reed** |
| Glock | 30 | BSMH183 | Pistol | .45 ACP | 7/24/2021 (Franklin Gun Shop) | **Rafael Enriquez** |
| Glock | 26 | ZMM556 | Pistol | 9mm | 7/24/2021 (Franklin Gun Shop) | **Rafael Enriquez** |
| Glock | 43X | AFSP388 | Pistol | 9mm | 7/24/2021 (Franklin Gun Shop) | **Rafael Enriquez** |
| Glock | 22 | AFSN965 | Pistol | .40 caliber | 7/24/2021 (Franklin Gun Shop) | **Rafael Enriquez** |
| Glock | 19X | BTYW437 | Pistol | 9mm | 7/24/2021 (Franklin Gun Shop) | **Rafael Enriquez** |

## THE GUN RECOVERIES

24.     Between on or about April 14, 2021, and on or about February 15, 2026, law enforcement recovered twenty (20) firearms purchased by **ANTHONY EDMOND** during law enforcement actions in Illinois, Indiana, and Georgia. For example:

a.      On or about April 14, 2021, the Snellville Police Department (SPD) in Snellville, Georgia seized a Century Arms, Model: Micro Draco, 7.62x39mm caliber pistol, Serial

8

Number: PMD-20770-20 (the "Draco pistol"), after an SPD patrol officer conducted a traffic stop on an automobile driven by **MELVIN GRIFFIN** and observed the Draco pistol in an unzipped bookbag on the backseat. The Draco pistol was purchased by **ANTHONY EDMOND** on or about September 18, 2020, from Triple B Guns and Ammo in Colbert, Georgia.

b.      On or about April 19, 2021, Chicago Police Department patrol officers stopped a vehicle for a traffic violation. After officers observed drugs inside the vehicle, the driver fled on foot from the car. A search of the car revealed a Glock, Model: 20, 10mm pistol, Serial Number: BPME909, under the driver's seat. This Glock pistol was purchased by **ANTHONY EDMOND** on or about November 10, 2020, from David's Gun Room, an FFL located in Norcross, Georgia in the Northern District of Georgia.

c.      On or about August 20, 2021, Chicago Police Department officers searched a vehicle after its occupants were found to have open containers of alcohol. Inside the vehicle, officers located on the rear floorboard a Glock, Model: 22, .40 caliber pistol, Serial Number: AFSN965. This Glock pistol was purchased by **ANTHONY EDMOND** on or about July 24, 2021, from Franklin Gun Shop in Athens, Georgia, just 27 days before it was recovered by law enforcement in Chicago.

d.      On or about August 22, 2021, a Chicago Police Department officer encountered a male sleeping behind the wheel of his vehicle who the officer suspected was under the influence of alcohol. From outside the vehicle, the officer could see a pink Glock pistol lying on the male's lap. The officer secured the pistol, which was a Glock, Model: 43X, 9mm pistol, Serial Number: AFSP388. This Glock pistol was purchased by **ANTHONY EDMOND** on

9

or about July 24, 2021, from Franklin Gun Shop in Athens, Georgia, just 29 days before it was recovered by law enforcement in Chicago.

e.      On or about September 1, 2021, Chicago Police Department officers were on routine patrol in the Chicago Police Department's designated "gang conflict zone" when they stopped a vehicle carrying four males for a traffic violation. The vehicle was searched after officers smelled the odor of marijuana coming from inside the car. Three firearms were located inside the car, one of which was a Glock, Model: 19X, 9mm pistol, Serial Number: BTYW437. This Glock pistol was purchased by **ANTHONY EDMOND** on or about July 24, 2021, from Franklin Gun Shop in Athens, Georgia, just 39 days before it was recovered by law enforcement in Chicago.

f.      On or about October 6, 2021, Chicago Police Department officers searched a residence in Chicago, Illinois, and recovered a Glock, Model: 19, 9mm pistol, Serial Number: BTDG919 from the bedroom of I.B., a known juvenile criminal street gang member. A forensic examination of this Glock pistol and fired cartridge casings collected from three separate crime scenes in Chicago revealed that it was: (1) discharged at the scene of a murder in Chicago on or about June 20, 2021; (2) was used by I.B. to shoot and injure a rival gang member on a Chicago Transit Authority (CTA) bus on September 24, 2021; and (3) was fired 11 times by I.B., resulting in damage to three automobiles parked on N. Drake Avenue in Chicago on or about October 2, 2021. This Glock pistol was purchased by **ANTHONY EDMOND** on or about May 15, 2021, from Franklin Gun Shop in Athens, Georgia, just 36 days before it was used in a murder in Chicago and later used in a shooting on a CTA bus and to damage parked vehicles on a Chicago street.

10

g.      On or about March 14, 2022, Chicago Police Department officers observed several males standing in a high crime and gang activity area of southwest Chicago passing around a tan handgun with an extended magazine. After one of the males entered a motor vehicle, a traffic stop was conducted on the vehicle. A search of a juvenile inside the vehicle resulted in the seizure of a tan Glock, Model: 17, 9mm pistol, Serial Number: AFKC596, which was found concealed in the juvenile's front waistband. This Glock pistol was equipped with a machinegun conversion device, making it a fully automatic firearm. This Glock pistol was purchased by **ANTHONY EDMOND** on or about May 17, 2021, from Franklin Gun Shop in Athens, Georgia.

h.      On or about August 12, 2022, Chicago Police Department officers pursued a man who fled from a vehicle and discarded a Glock, Model: 30, .45 caliber pistol, Serial Number: BSMH183, on the front porch of a nearby home. This Glock pistol was equipped with a machinegun conversion device, making it a fully automatic firearm. On March 30, 2022, law enforcement in Oak Park, Illinois, a municipality immediately adjacent to Chicago, located fired cartridge casings inside an automobile that had been stolen during an aggravated vehicular hijacking the day before. A forensic examination of this Glock pistol and the previously collected fired cartridge cases from Oak Park, Illinois, showed that the cartridge casings were fired from the Glock pistol. This Glock pistol was purchased by **ANTHONY EDMOND** on or about July 24, 2021, from Franklin Gun Shop in Athens, Georgia.

i.      On or about August 22, 2022, Chicago Police Department officers observed three male criminal street gang members approaching and aggressively "checking," or confronting, pedestrians about their gang affiliation. When approached by officers, one of the

11

males fled and discarded a Glock, Model: 26, 9mm pistol, Serial Number: ZMM556. This Glock pistol was equipped with a machinegun conversion device, making it a fully automatic machinegun. This Glock pistol was purchased by **ANTHONY EDMOND** on or about July 24, 2021, from Franklin Gun Shop in Athens, Georgia.

j.      On or about September 2, 2022, Chicago Police Department patrol officers observed males in an alley flashing gang signs. When officers approached the males, one of them immediately clenched his waistband and ran from the officers. After a brief foot chase, the male was apprehended and a Glock, Model: 22, .40 caliber pistol, Serial Number: BSRC484 was found in his waistband. This Glock pistol was purchased by **ANTHONY EDMOND** on or about June 21, 2021, from Athens Gun Club in Athens, Georgia.

k.      On or about September 23, 2022, a male was arrested for committing a shooting the day before in Peoria, Illinois. Officers with the Peoria Police Department found inside the male's vehicle a Glock, Model: 22, .40 caliber pistol, Serial Number: FZW929. This Glock pistol was purchased by **ANTHONY EDMOND** on or about July 15, 2020, from Clyde Armory, Inc. in Athens, Georgia.

l.      On or about October 6, 2022, an individual fled from Chicago Police Department officers through a public housing complex and discarded a firearm. The gun was recovered by the police and identified as a Glock, Model: 19, 9mm pistol, Serial Number: BPLA527. This Glock pistol was purchased by **ANTHONY EDMOND** on or about July 20, 2020, from Triple B Guns and Ammo in Colbert, Georgia.

m.      On or about October 26, 2023, officers with the Cicero Police Department in Cicero, Illinois, searched a vehicle which had been used in an armed robbery, which was

committed with a black handgun. Inside the vehicle, officers located a black Glock, Model: 17, 9mm pistol, Serial Number: BPFS357 (the "Glock pistol"). On July 5, 2021, fired cartridge casings were recovered by law enforcement at a shooting scene in Racine, Wisconsin, a town approximately 60 miles north of Chicago. Then, on August 3, 2022, fired cartridge casings were recovered by law enforcement at a murder scene in Chicago. The recovered cartridge cases from the Racine, Wisconsin shooting and the Chicago murder were determined through forensic testing to have been fired from the Glock pistol. This Glock pistol was purchased by **ANTHONY EDMOND** on or about May 17, 2021, from Franklin Gun Shop in Athens, Georgia, just 49 days before it was discharged in Racine, Wisconsin and approximately 15 months before it was used in a murder in Chicago.

n.      On April 13, 2024, Chicago Police Department officers responded to the sound of four gunshots which led them to an alley where they observed two males. The males fled when they spotted the officers. The officers searched the area for evidence of a shooting and located a Smith & Wesson, Model: SD40, .40 caliber pistol, Serial Number: FBX7615 (the "Smith & Wesson pistol"). The Smith & Wesson pistol was purchased by **ANTHONY EDMOND** on or about March 27, 2020, from Triple B Guns and Ammo in Colbert, Georgia.

o.      On or about August 1, 2024, Chicago Police Department officers assisted the Illinois Department of Corrections with a parole compliance check at a parolee's residence in Chicago, Illinois. A search of the parolee's home resulted in the recovery of a Glock, Model: 17, 9mm pistol, Serial Number: BTVW521 (the "Glock pistol"). This Glock pistol was purchased by **ANTHONY EDMOND** on or about June 8, 2021, from Athens Gun Club in Athens, Georgia.

13

p.    On or about August 28, 2024, the Illinois State Police attempted to stop a BMW automobile stolen in an aggravated vehicular hijacking. After a highspeed pursuit, the stolen BMW wrecked, and three males ran from the car. One of the fleeing males discarded a firearm, which law enforcement recovered and identified as a Glock, Model: 42, .380 caliber pistol, Serial Number: BSUC698 (the "Glock pistol"). This Glock pistol was purchased by **ANTHONY EDMOND** on or about June 23, 2021, from Franklin Gun Shop in Athens, Georgia.

q.    On or about July 4, 2025, the Cicero Police Department in Cicero, Illinois was dispatched to a complaint that a male was firing a gun in an alley. When officers arrived, an individual fitting the suspect's description fled from them. After a foot pursuit, the male was apprehended and a Ruger, Model: 57, 5.7x28mm caliber pistol, Serial Number: 642-27459 (the "Ruger pistol"), was found in the male's waistband. The Ruger pistol was purchased by **ANTHONY EDMOND** on or about June 20, 2021, from Athens Gun Club in Athens, Georgia.

r.    On or about July 9, 2025, the Gary Police Department in Gary, Indiana, a city located approximately 25 miles southeast of Chicago, recovered a Ruger, Model: 57, 5.7x28mm caliber pistol, Serial Number: 641-72973 (the "Ruger pistol") from the vehicle of a convicted felon. The Ruger pistol was purchased by **ANTHONY EDMOND** on or about October 28, 2020, from Triple B Guns and Ammo in Colbert, Georgia.

s.    On or about December 28, 2025, Chicago Police Department officers encountered a convicted felon who had a handgun protruding from his clothing. The gun was seized and identified as a Ruger, Model: 57, 5.7x28mm pistol, Serial Number: 642-13445 (the "Ruger pistol"). The Ruger pistol was purchased by **ANTHONY EDMOND** on or about May 11, 2021, from Triple B Guns and Ammo in Colbert, Georgia.

14

t.    On or about February 15, 2026, Chicago Police Department officers encountered a convicted felon who was attempting to conceal a firearm under his clothing. The officers removed the gun and identified it as a Glock, Model: 19, 9mm pistol, Serial Number: AFDH592 (the "Glock pistol"). Approximately four and a half years prior, on August 15, 2021, fired cartridge casings were recovered by law enforcement at the scene of a murder in Chicago. A forensic examination of the Glock pistol and the previously collected fired cartridge cases from the murder scene determined that the cartridge casings were fired from the Glock pistol. This Glock pistol was purchased by **ANTHONY EDMOND** on or about May 15, 2021, from Franklin Gun Shop in Athens, Georgia, just 92 days before it was used in a murder in Chicago.

## COUNT 1
### (CONSPIRACY TO COMMIT FIREARMS OFFENSES)

Paragraphs 1 to 24 of the General Introduction are realleged and incorporated by reference as though fully set forth herein.

Beginning on a date unknown to the Grand Jury and continuing until at least February 8, 2022, in the Athens Division of the Middle District of Georgia and elsewhere, the defendants,

**ANTHONY EDMOND,**
**RAFAEL ENRIQUEZ,**
**ELIJAH LUCENA,**
**KEONTICE REED, and**
**MELVIN GRIFFIN,**

knowingly and willfully conspired with each other and others, known and unknown to the Grand Jury, to commit offenses against the United States in connection with the acquisition of firearms from licensed dealers of firearms within the meaning of Chapter 44 of Title 18, United States Code, in that the accused did knowingly make false and fictitious written statements to

15

such licensed dealers, which statements were intended and likely to deceive the licensed firearms dealers with respect to a fact material to the lawfulness of the sale of a firearm under Chapter 44 of Title 18, United States Code, in violation of Title 18, United States Code, Section 371 i/c/w Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## MANNER AND MEANS OF THE CONSPIRACY

In order to carry out their unlawful plan, the conspirators would and did:

A) make numerous trips between Georgia and Illinois by airplane and motor vehicle;

B) use telecommunications devices to communicate via text message, phone call, email, WhatsApp and other similar instrumentalities of interstate and foreign commerce regarding: 1) prices for firearms; 2) makes, models, calibers and appearances of desired firearms; 3) ammunition for use in firearms; 4) magazines for use in firearms and 5) payment and delivery of the aforementioned items;

C) use internet or telephone-based money transfer services such as Zelle or CashApp to exchange funds for the purchase of firearms and related items; and

D) gather to test-fire firearms that had been acquired.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the goals thereof, within the Athens Division of the Middle District of Georgia and elsewhere, the defendants, **ANTHONY EDMOND, RAFAEL ENRIQUEZ, ELIJAH LUCENA, KEONTICE REED, MELVIN GRIFFIN** and others, known and unknown to the Grand Jury, committed, and caused to be committed, the following overt acts, among others:

16

1.     On or about March 27, 2020, **ANTHONY EDMOND** purchased one (1) Smith & Wesson, Model: SD40, .40 caliber pistol, Serial Number: FBX7615, from Triple B Guns and Ammo in Colbert, Georgia.

2.     In connection with the firearm acquisition set forth in paragraph 1 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearm, when in fact **EDMOND** knew that he was purchasing the firearm on behalf of another person.

3.     On or about July 15, 2020, **ANTHONY EDMOND** purchased one (1) Glock, Model: 22, .40 caliber pistol, Serial Number: FZW929, from Clyde Armory, Inc. in Athens, Georgia.

4.     In connection with the firearm acquisition set forth in paragraph 3 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearm, when in fact **EDMOND** knew that he was purchasing the firearm on behalf of another person.

5.     On or about July 20, 2020, **ANTHONY EDMOND** purchased one (1) Glock, Model: 19, 9mm pistol, Serial Number: BPLA527, from Triple B Guns and Ammo in Colbert, Georgia.

6.     In connection with the firearm acquisition set forth in paragraph 5 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearm, when in fact **EDMOND** knew that he was purchasing the firearm on behalf of another person.

17

7. On or about September 17, 2020, **MELVIN GRIFFIN** sent two text messages to **ANTHONY EDMOND** stating, "Get on that drac…B4 u go to work." Later in the afternoon, **EDMOND** forwarded **GRIFFIN** a screenshot of UPS tracking data showing that a firearm was delivered to Triple B Guns and Ammo in Colbert, Georgia. **EDMOND** sent **GRIFFIN** follow up messages stating that he would pick up the firearm the next morning and asked **GRIFFIN**, "You want some Bullets too?"

8. On or about September 18, 2020, **MELVIN GRIFFIN** messaged **ANTHONY EDMOND** and asked him, "Get that for me gang," referring to the Draco 7.62x39mm caliber pistol that **GRIFFIN** asked **EDMOND** to purchase for him from Triple B Guns and Ammo in Colbert, Georgia. **EDMOND** responded, "They just opened up at 11 I'm bout to go grab it."

9. On September 18, 2020, **ANTHONY EDMOND** purchased a Century Arms, Model: Micro Draco, 7.62x39 caliber pistol, Serial Number: PMD-20770-20, from Triple B Guns and Ammo in Colbert, Georgia.

10. In connection with the firearm acquisition set forth in paragraph 9 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearm, when in fact **EDMOND** knew that he was purchasing the firearm on behalf of another person.

11. On or about October 16, 2020, H.S. messaged **ENRIQUEZ**, "Lord drop me off a pipe I'm naked at the crib."

12. On or about October 28, 2020, **ANTHONY EDMOND** purchased one (1) Ruger, Model: 57, 5.7x28mm caliber pistol, Serial Number: 641-72973, from Triple B Guns and Ammo in Colbert, Georgia.

18

13.     In connection with the firearm acquisition set forth in paragraph 12 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearm, when in fact **EDMOND** knew that he was purchasing the firearm on behalf of another person.

14.     On or about November 10, 2020, **ANTHONY EDMOND** purchased a Glock, Model: 20, 10mm pistol, Serial Number: BPME909, from David's Gun Room, an FFL located in Norcross, Georgia in the Northern District of Georgia.

15.     In connection with the firearms acquisition set forth in paragraph 14 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearm, when in fact **EDMOND** knew that he was purchasing the firearm on behalf of another person.

16.     On or about November 12, 2020, H.S. messaged **ENRIQUEZ**, "I need one them glocks u got boy."

17.     On or about November 27, 2020, H.S. asked **ENRIQUEZ**, "What's up with that pipe?" **ENRIQUEZ** responded that his supplier had some custom guns but was waiting on the "regular Glocks" to come in.

18.     On or about December 30, 2020, **MELVIN GRIFFIN** texted **ANTHONY EDMOND** that he needed a larger firearm magazine, which he referred to as a "clip," capable of holding 50 rounds of ammunition. **EDMOND** provided a recommendation for the type of magazine that **GRIFFIN** should purchase and sent the internet web address for drummagazines.com containing a photograph of a 50-round drum magazine for a Glock .40 caliber pistol.

19

19.     On or about January 21, 2021, **MELVIN GRIFFIN** sent **ANTHONY EDMOND** a message informing him that he received the 50-round magazine, but needed ammunition, which he referred to as "shells."

20.     On or about March 13, 2021, **ANTHONY EDMOND** sent a text message to **RAFAEL ENRIQUEZ**, "This Chapo Gang Hit My Line I got some," in which **EDMOND** was telling **ENRIQUEZ** to call him because he had guns for sale.

21.     On or about March 15, 2021, **RAFAEL ENRIQUEZ** sent **ANTHONY EDMOND** a list of Glock handguns and accessories that he wanted **EDMOND** to purchase for him. The list stated, "Glock 30s 30 clip, Glock 27 22 clip, Glock 380 any extension clip."

22.     On or about March 29, 2021, H.S. asked **ENRIQUEZ** to lend him his "pipe," but **ENRIQUEZ** responded, "I only got one pipe."

23.     On or about April 14, 2021, **MELVIN GRIFFIN**, a convicted felon, illegally possessed the Century Arms, Model: Micro Draco, 7.62x39 caliber pistol, Serial Number: PMD-20770-20, that **ANTHONY EDMOND** purchased on September 18, 2020, from Triple B Guns and Ammo in Colbert, Georgia as evidenced by his arrest by an officer with the City of Snellville, Georgia, Police Department after the officer found said firearm in **GRIFFIN's** vehicle. The following day, **MELVIN GRIFFIN** sent **ANTHONY EDMOND** a copy of the Gwinnett County Sheriff's Office Property Report, which was generated following **GRIFFIN's** arrest, so that **EDMOND** would go to law enforcement and claim the Century Arms, Model: Micro Draco, 7.62x39 caliber pistol since it was purchased in **EDMOND's** name.

24.     On or about April 26, 2021, **ANTHONY EDMOND** sent a text message to **ELIJAH LUCENA** in which **EDMOND** asked, "Y'all good gang?" **LUCENA** replied, "Hell yeah we valid

20

been stepping on shit...We need more units." **EDMOND** responded by stating that he was going to "check a few places tomorrow for y'all" to "try to find a few dimes nickels and fifty sevens," coded references for 10mm, .45 caliber, and 5.7 caliber pistols.

25.     On April 30, 2021, H.S. asked **ENRIQUEZ**, "What's up with tht pipe lord," and complained to **ENRIQUEZ** that he was without a gun, which he referred to as being "pipeless."

26.     On or about May 11, 2021, **ANTHONY EDMOND** purchased one (1) Ruger, Model: 57, 5.7x28mm pistol, Serial Number: 642-13445, from Triple B Guns and Ammo in Colbert, Georgia.

27.     In connection with the firearm acquisition set forth in paragraph 26 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearm, when in fact **EDMOND** knew that he was purchasing the firearm on behalf of another person.

28.     On or about May 13, 2021, **ANTHONY EDMOND** sent a text message to **RAFAEL ENRIQUEZ** informing him that a local gun store had a Glock, Model: 19, 9mm pistol; a Glock, Model: 40, 10mm pistol; and a Glock, Model: 21, 45. caliber pistol for sale. **ENRIQUEZ** indicated that he was going to send **EDMOND** money for the firearms over the mobile banking application Zelle.

29.     On or about May 14, 2021, **ANTHONY EDMOND** asked **RAFAEL ENRIQUEZ**, "You comin out here today still gang," and **ENRIQUEZ** replied, "Tomorrow."

30.     On or about May 15, 2021, **ANTHONY EDMOND** purchased one (1) Glock, Model: 19, 9mm pistol, Serial Number: AFDH592, and one (1) Glock, Model: 19, 9mm pistol, Serial Number: BTDG919, from Franklin Gun Shop in Athens, Georgia.

21

31.    In connection with the firearms acquisition set forth in paragraph 30 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearms, when in fact **EDMOND** knew that he was purchasing the firearms on behalf of another person.

32.    On or about May 15, 2021, **RAFAEL ENRIQUEZ** sent **ANTHONY EDMOND** a request stating, "Send me pics." In response, **EDMOND** sent **RAFAEL ENRIQUEZ** the photograph depicted below showing the two Glock pistols that he purchased earlier in the day from Franklin Gun Shop in Athens, Georgia.



33.    On or about May 16, 2021, **RAFAEL ENRIQUEZ** informed **ANTHONY EDMOND** that he was on his way to Georgia and asked **EDMOND** to send him his home address. **EDMOND** responded by sharing his location.

34.    On or about May 17, 2021, **RAFAEL ENRIQUEZ** messaged **ANTHONY EDMOND,** and they discussed a $1,000 payment sent over Zelle that **EDMOND** should have received for the purchase of guns from an individual with the initials N.G.

22

35.     On or about May 17, 2021, **RAFAEL ENRIQUEZ** asked **ANTHONY EDMOND** where they should meet, and **EDMOND** responded, "We can meet at the gun place." **EDMOND** also asked **ENRIQUEZ** if he wanted him to purchase bullets.

36.  .  On or about May 17, 2021, **ANTHONY EDMOND** purchased from Franklin Gun Shop in Athens, Georgia, one (1) Glock, Model: 17, 9mm pistol, Serial Number: AFKC596; one (1) Glock, Model: 21, .45 caliber pistol, Serial Number: AFNT372; and one (1) Glock, Model: 17, 9mm pistol, Serial Number: BPFS357.

37.     In connection with the firearms acquisition set forth in paragraph 36 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearms, when in fact **EDMOND** knew that he was purchasing the firearms on behalf of another person.

38.     Between on or about May 17, 2021, and May 19, 2021, **EDMOND** made the Glock, Model: 17, 9mm pistol, Serial Number: AFKC596 available to **ENRIQUEZ** who communicated to H.S. a photo of the firearm.



39. On or about June 20, 2021, **ANTHONY EDMOND** purchased one (1) Ruger, Model: 57, 5.7x28mm caliber pistol, Serial Number: 642-27459, from Athens Gun Club in Athens, Georgia.

40. In connection with the firearm acquisition set forth in paragraph 39 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearm, when in fact **EDMOND** knew that he was purchasing the firearm on behalf of another person.

41. On or about May 17, 2021, **ANTHONY EDMOND** purchased a Springfield Armory, Model: XDM Elite, 9mm pistol, Serial Number: BA228016, from Athens Gun Club in Athens, Georgia.

42. In connection with the firearm acquisition set forth in paragraph 41 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearm, when in fact **EDMOND** knew that he was purchasing the firearm on behalf of another person.

43. On or about May 17, 2021, **RAFAEL ENRIQUEZ** sent $2,000 from the Zelle account of his girlfriend, J.F., to **ANTHONY EDMOND** as payment for firearms.

44. On or about May 31, 2021, **ANTHONY EDMOND** sent **RAFAEL ENRIQUEZ** two photos of a Glock pistol with an extended magazine and a drum magazine, which **EDMOND** followed with a text message stating, "Yea gang I need a switch now." On or about June 1, 2021, **ENRIQUEZ** responded, "Yeah I gotchu."

45. On or about June 2, 2021, **ANTHONY EDMOND** purchased a Glock, Model: 22, .40 caliber pistol, Serial Number: BTEN520, from Triple B Guns and Ammo in Colbert, Georgia.

46. In connection with the firearm acquisition set forth in paragraph 45 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearm, when in fact **EDMOND** knew that he was purchasing the firearm on behalf of another person.

47. On or about June 2, 2021, **ANTHONY EDMOND** sent K.W. a photograph, depicted below, of the Glock, Model: 22, .40 caliber pistol with an extended magazine that he purchased earlier in the day from Triple B Guns and Ammo in Colbert, Georgia. **EDMOND** sent K.W. a message with the photograph which read, "I picked you up and extended clip too and some bullets." K.W. is a convicted felon and member of the BDs who lives in Chicago.



48. On or about June 8, 2021, **MELVIN GRIFFIN** messaged **ANTHONY EDMOND**, "Get on them pipes," referring to firearms that he wanted **EDMOND** to purchase for him. **EDMOND** responded, "Store ain't open yet." **GRIFFIN** also messaged **EDMOND** and asked him to purchase a 50-round magazine in addition to the guns.

25

49.    On or about June 8, 2021, **ANTHONY EDMOND** purchased from Franklin Gun Shop in Athens, Georgia, one (1) Glock, Model: 19, 9mm pistol, Serial Number: BTXK652.

50.    In connection with the firearm acquisition set forth in paragraph 49 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearm, when in fact **EDMOND** knew that he was purchasing the firearm on behalf of another person.

51.    On or about June 8, 2021, **ANTHONY EDMOND** messaged **MELVIN GRIFFIN** that he paid $631.49 for the gun, $50 for three magazines ("clips"), and that he also bought three boxes of ammunition.

52.    On or about June 8, 2021, **ANTHONY EDMOND** messaged **MELVIN GRIFFIN** that another store had a Glock, Model: 17, pistol and a Glock, Model: 19, pistol for sale for $600 each. **GRIFFIN** instructed **EDMOND** to "Get EM."

53.    On or about June 8, 2021, **ANTHONY EDMOND** purchased one (1) Glock, Model: 17, 9mm pistol, Serial Number: BTVW521; and one (1) Glock, Model: 19, 9mm pistol, Serial Number: AFSL814, from Athens Gun Club in Athens, Georgia.

54.    In connection with the firearm acquisition set forth in paragraph 53 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearms, when in fact **EDMOND** then knew that he was purchasing the firearms on behalf of another person.

55.    On or about June 18, 2021, **RAFAEL ENRIQUEZ** and **ELIJAH LUCENA** traveled from Illinois to Georgia to obtain firearms from **ANTHONY EDMOND**.

56.     On or about June 19, 2021, **ELIJAH LUCENA** filmed a music video in Georgia titled "Switchy," as an homage to Glock switches, which prominently featured **MELVIN GRIFFIN**, with appearances made by **ANTHONY EDMOND, RAFAEL ENRIQUEZ, KEONTICE REED** and others, known and unknown to the Grand Jury. The video was then uploaded to a popular streaming platform. Participants in the video are shown brandishing Glock pistols, some of which bear a resemblance to those purchased for them by **EDMOND**, equipped with machinegun conversion devices.

57.     On or about June 19, 2021, **RAFAEL ENRIQUEZ** messaged **ANTHONY EDMOND,** "U still wanna hit the store." **EDMOND** replied that he would stop by the store and "see what they got." Later, on the same date, **EDMOND** messaged **ENRIQUEZ** to inform him that the gun store had Glock pistols, in models 19, 26, 32, and 43 for sale. **ENRIQUEZ** asked **EDMOND** to see if they had an "ar pistol" for sale.

58.     On or about June 20, 2021, **ANTHONY EDMOND** texted **RAFAEL ENRIQUEZ** and asked him, "What you thinking?" **ENRIQUEZ** responded by sending a list of pistols that he wanted **EDMOND** to purchase for him.

59.     On or about June 20, 2021, **ANTHONY EDMOND** purchased four firearms from Athens Gun Club in Athens, Georgia, which matched the items on **RAFAEL ENRIQUEZ's** list sent earlier in the day. The firearms **EDMOND** purchased were one (1) Ruger, Model: 5.7, 5.7x28mm pistol, Serial Number: 642-27459; one (1) Springfield Armory, Model: Saint, 5.56 caliber pistol (commonly referred to as an "AR pistol"), Serial Number: ST423704; one (1) Glock, Model: 32, .357 pistol, Serial Number: BTHY933; and one (1) Glock, Model: 26, 9mm pistol, Serial Number: AFSS269.

60.     In connection with the firearm acquisition set forth in paragraph 59 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearms, when in fact **EDMOND** knew that he was purchasing the firearms on behalf of another person.

61.     On or about June 21, 2021, **ELIJAH LUCENA** asked **ANTHONY EDMOND** to purchase him "2 of em," referring to two pistols which were the same make, model, and caliber. **EDMOND** told **LUCENA** to send him the money for the guns in a manner that did not look "suspicious."

62.     On or about June 21, 2021, **ANTHONY EDMOND** messaged **ELIJAH LUCENA** that he "Bout to pull up to the store." **LUCENA** replied that he "just sent" the money. Later, **EDMOND** realized that the price of the guns was higher than expected and messaged **LUCENA** to send him an additional $150.

63.     On or about June 21, 2021, **ANTHONY EDMOND** purchased one (1) Glock, Model: 22, .40 caliber pistol, Serial Number: BSRC645; and one (1) Glock, Model: 22, .40 caliber pistol, Serial Number: BSRC484, from Athens Gun Club in Athens, Georgia.

64.     In connection with the firearm acquisition set forth in paragraph 63 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearms, when in fact **EDMOND** knew that he was purchasing the firearms on behalf of another person.

65.     On or about June 23, 2021, **ANTHONY EDMOND** purchased one (1) Glock, Model: 42, .380 caliber pistol, Serial Number: BSUC698, from Franklin Gun Shop in Athens, Georgia.

66. In connection with the firearm acquisition set forth in paragraph 65 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearm, when in fact **EDMOND** knew that he was purchasing the firearm on behalf of another person.

67. On or about July 2, 2021, **ANTHONY EDMOND** flew to Chicago with firearms in his checked baggage.

68. On or about July 2, 2021, **ELIJAH LUCENA** drove to the airport in Chicago to pick **ANTHONY EDMOND** up. After his flight landed, **EDMOND** messaged **LUCENA** that he had to wait to get his luggage from baggage claim because the "pipes," a coded reference to firearms, were in his luggage.

69. On or about July 2, 2021, **ANTHONY EDMOND** delivered the Glock, Model: 22, .40 caliber pistol, Serial Number: BTEN520, to K.W. in Chicago and charged him $720 for the pistol and magazine, but did not charge K.W. for the ammunition, telling K.W., "the bullets on me."

70. On July 3, 2021, **ANTHONY EDMOND** messaged **ELIJAH LUCENA** and asked him if he could take him to the "low end," a southside Chicago neighborhood, so that he could sell a pistol, which he referred to as a "Blick," to K.W. Sr., a member of the BDs and a convicted felon who lives in Chicago.

71. On or about July 12, 2021, **ANTHONY EDMOND** messaged **RAFAEL ENRIQUEZ** and informed him that he was "lookin out" for guns, which he referred to as "pipes." **EDMOND** then sent **ENRIQUEZ** a video displaying multiple firearms that were for sale, which included two 5.7 caliber pistols. **ENRIQUEZ** asked, "How much for the 57?"

29

EDMOND replied that the "regular 5.7" was selling for $800 and the 5.7 caliber pistol with the laser sight and "blue tip" ammunition was selling for $900. **ENRIQUEZ** responded, "I gotchu for 900 for the 5.7," and sent a follow up message to **EDMOND** stating, "I'm zelle u the 900," meaning that he was going to send **EDMOND** $900 for the gun over Zelle, a mobile banking application.

72. On or about July 19, 2021, **KEONTICE REED** exchanged text messages with **ANTHONY EDMOND** in which **REED** asked **EDMOND** to purchase him two firearms, a "357" and a "27," meaning a .357 caliber pistol and a Glock, Model: 27, .40 caliber pistol.

73. On or about July 19, 2021, **ANTHONY EDMOND** purchased, consistent with **KEONTICE REED's** request referenced above in paragraph 72, one (1) Glock, Model: 31, .357 caliber pistol, Serial Number: BSUG220; and one (1) Glock, Model: 27, .40 caliber pistol, Serial Number: BSYR318, from Athens Gun Club in Athens, Georgia.

74. In connection with the firearms acquisition set forth in paragraph 73 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearms, when in fact **EDMOND** knew that he was purchasing the firearms on behalf of another person.

75. On or about July 19, 2021, **KEONTICE REED** sent a screenshot of a Zelle payment to **ANTHONY EDMOND** showing **EDMOND** that he paid him $1,275 for the two pistols purchased on his behalf at the Athens Gun Club.

76. On or about July 19, 2021, **ANTHONY EDMOND** messaged **RAFAEL ENRIQUEZ** about Glock pistols for sale at a local gun store. For instance, **EDMOND** wrote, "They got a bunch of 19 and 17 and 1 20 dude just walked out with a 30s." **EDMOND** then

30

provided **ENRIQUEZ** prices for the Glock pistols, "19 Gen 4 was 550 the 17 Gen 5 was 599 the 19x was 650." **ENRIQUEZ** replied, "I'm get the Gen 5 n 19x," meaning he wanted a Glock, Generation or "Gen" 5, Model: 19x pistol.

77.     On or about July 21, 2021, and on or about July 23, 2021, **ANTHONY EDMOND** and **ELIJAH LUCENA** exchanged video files showing **EDMOND** and **LUCENA** firing fully automatic firearms off the back deck of **EDMOND's** home in Athens, Georgia.

78.     On or about July 23, 2021, **RAFAEL ENRIQUEZ** asked **ANTHONY EDMOND** for his Cash App account handle. **EDMOND** replied by providing his Cash App account handle. Later, **ENRIQUEZ** told **EDMOND** to look at his Cash App for confirmation that he sent him the payment for the firearms.

79.     On or about July 24, 2021, **RAFAEL ENRIQUEZ** drove from Chicago to **ANTHONY EDMOND's** home in Athens, Georgia, in a van provided by S.R., a member of the CVLs and a convicted felon who lives in Chicago.

80.     On or about July 24, 2021, **RAFAEL ENRIQUEZ** provided **ANTHONY EDMOND** with a list of five Glock pistols, by referencing model numbers and the color for one gun, that he wanted **EDMOND** to purchase for him. For instance, **ENRIQUEZ's** list stated, "26, 30, Pink 43, 22, 19x."

81.     On or about July 24, 2021, **ANTHONY EDMOND** provided **RAFAEL ENRIQUEZ** with the cost, that is $3,299, to purchase the five firearms that he asked **EDMOND** to buy for him. **ENRIQUEZ** responded that his girlfriend's account had been flagged but that she was unlocking it so that he could pay **EDMOND**.

31

82.    On or about July 24, 2021, **ANTHONY EDMOND** purchased, consistent with **RAFAEL ENRIQUEZ's** list referenced above in paragraph 80, one (1) Glock, Model: 30, .45 caliber pistol, Serial Number: BSMH183; one (1) Glock, Model: 26, 9mm pistol, Serial Number: ZMM556; one (1) Glock, Model: 43X, 9mm pistol, Serial Number: AFSP388, which was pink in color; one (1) Glock, Model: 22, .40 caliber pistol, Serial Number: AFSN965; and one (1) Glock, Model: 19X, 9mm caliber pistol, Serial Number: BTYW437, from Franklin Gun Shop in Athens, Georgia.

83.    In connection with the firearms acquisition set forth in paragraph 82 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearms, when in fact **EDMOND** knew that he was purchasing the firearms on behalf of another person.

84.    After the firearms were purchased for **RAFAEL ENRIQUEZ** at Franklin Gun Shop on or about July 24, 2021, they were then transported to **ANTHONY EDMOND's** home in Athens, Georgia, where the guns were displayed on **EDMOND's** kitchen table and **ENRIQUEZ** placed a FaceTime call to S.R., so that S.R. could see the guns purchased in Georgia before they were transported to Chicago.

85.    Following the FaceTime call placed to S.R., **ANTHONY EDMOND** and **RAFAEL ENRIQUEZ** removed panels from S.R.'s van to conceal the five recently purchased firearms in the vehicle to avoid detection if stopped by law enforcement prior to transporting the guns from Georgia to Illinois.

86.    **RAFAEL ENRIQUEZ** transported the firearms purchased for him by **EDMOND** to **ENRIQUEZ's** home in Chicago that he shared with his girlfriend, J.F. **ENRIQUEZ** posted to

32

his social media account photographs, such as the one below, and videos of the guns displayed on the sofa inside his home in Chicago. From his home, **ENRIQUEZ** distributed firearms to fellow members of the CVLs.



87.    On or about July 24, 2021, **ANTHONY EDMOND** sent **ELIJAH LUCENA** a text message stating that a gun store had several Glock 9mm pistols for sale. **LUCENA** asked if there were any .40 caliber pistols for sale. **EDMOND** stated that they had "a 40 in the store." **LUCENA** responded that he needed two.

88.    On or about August 11, 2021, **ANTHONY EDMOND** messaged **ELIJAH LUCENA**, "They got this one if you feeling generous it's 675 after taxes," and attached a photograph from gunbroker.com, an online marketplace for firearms, showing a Glock, Model: 33, .357 caliber pistol for sale.

89.    On or about August 13, 2021, **ANTHONY EDMOND** messaged **ELIJAH LUCENA**, "I found one cheaper after shipping and taxes it's 486" and attached a photograph from gunbroker.com showing a Glock, Model: 33, .357 caliber pistol for sale.

90. On or about August 13, 2021, **ANTHONY EDMOND** messaged **ELIJAH LUCENA** that he was going to check the gun store later that day so that when he flies to Chicago, he can bring the guns that he buys with him. **LUCENA** responded that he would send him money for the purchase.

91. On or about August 20, 2021, **ANTHONY EDMOND** messaged **ELIJAH LUCENA**, "I know where a 30s at for 650," meaning that **EDMOND** knew where a Glock, Model: 30, .45 caliber pistol was for sale for $650.

92. On or about August 24, 2021, **ANTHONY EDMOND** purchased one (1) Glock, Model: 33, .357 caliber pistol, Serial Number: FNV518, from Triple B Guns and Ammo in Colbert, Georgia.

93. In connection with the firearm acquisition set forth in paragraph 92 above, **ANTHONY EDMOND** falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearm, when in fact **EDMOND** knew that he was purchasing the firearm on behalf of another person.

94. On or about August 25, 2021, **ELIJAH LUCENA** asked **ANTHONY EDMOND** if he could get him a "clip" or magazine for a "30." **EDMOND** offered to give **LUCENA** his magazine, stating, "It ain't never jammed I had it in my switch," meaning that the magazine never malfunctioned ("jammed") when **EDMOND** used it on his Glock pistol equipped with a Glock Switch machinegun conversion device.

95. On or about August 30, 2021, **ANTHONY EDMOND** messaged **ELIJAH LUCENA** and asked him if he needed bullets also. **LUCENA** asked **EDMOND** if he could bring bullets with him on the plane.

34

96.     On or about August 30, 2021, **ANTHONY EDMOND** messaged **ELIJAH LUCENA**, "my plane land at 8...I got that 30 poppa too."

97.     On or about September 15, 2021, **ANTHONY EDMOND** messaged **ELIJAH LUCENA** that a gun store had a Glock, Model 21, pistol for sale for $600 and a Glock, Model 23, pistol for sale for $630. **LUCENA** asked **EDMOND** when he wanted him to send the "bread" (money) for the guns.

98.     On or about September 23, 2021, **ANTHONY EDMOND** messaged **ELIJAH LUCENA** that he knew where a Glock, Model: 33, pistol was for sale for $500.

99.     On or about October 9, 2021, **ANTHONY EDMOND** messaged **ELIJAH LUCENA** that he knew where a Glock, Model: 27, pistol was for sale for $500.

100.    On or about January 12, 2022, **ANTHONY EDMOND** sent a message to **RAFAEL ENRIQUEZ** informing him that his "people" had a "drac," that is a Draco 7.62x39mm caliber pistol, for sale for $1,000. When **ENRIQUEZ** asked, "How can we get it out here," **EDMOND** responded, "I'll jump on a plane with it," meaning that he would fly to Chicago and personally deliver the firearm to him.

101.    Between on or about May 19, 2021 and on or about March 13, 2023, the exact date being unknown to the Grand Jury, **ENRIQUEZ** caused the Glock pistol bearing serial number AFKC596 and its accompanying box to be transferred to H.S.

All in violation of Title 18, United States Code, Section 371.

35

<u>COUNT 2</u>
### (CONSPIRACY TO UNLAWFULLY MAKE, TRANSFER AND POSSESS MACHINEGUNS)

Paragraphs 1 to 24 of the General Introduction are realleged and incorporated by reference as though fully set forth herein.

Beginning on a date unknown to the Grand Jury, but continuing until at least February 8, 2022, in the Athens Division of the Middle District of Georgia and elsewhere, the defendants,

**ANTHONY EDMOND,
RAFAEL ENRIQUEZ, and
KEONTICE REED,**

knowingly and willfully conspired with each other and others, known and unknown to the Grand Jury, to make, transfer, possess and receive one or more machineguns, that is, parts designed and intended solely and exclusively for use in converting a weapon into a machinegun, as defined by Title 26, United States Code, Section 5845(b), and in violation of Title 18, United States Code, Section 922(o), and Title 26, United States Code, Section 5861.

### <u>OVERT ACTS</u>

In furtherance of the conspiracy and to accomplish the goals thereof, **ANTHONY EDMOND, RAFAEL ENRIQUEZ,** and **KEONTICE REED** committed and caused to be committed overt acts, including, but not limited to the following:

1.      On or about April 28, 2021, **ANTHONY EDMOND** sent a text message to **RAFAEL ENRIQUEZ** asking **ENRIQUEZ** if he had any machinegun conversion devices for sale, which he referred to as "buttons." **ENRIQUEZ** replied that he had four available, and **EDMOND** stated, "I'll send you the bread for it." **ENRIQUEZ** informed **EDMOND** that he would be traveling "down there," referring to Georgia, in May.

36

2. On or about May 15, 2021, **RAFAEL ENRIQUEZ** traveled to Georgia and met with **ANTHONY EDMOND**.

3. On or about May 31, 2021, **ANTHONY EDMOND** sent **RAFAEL ENRIQUEZ** two photos of a Glock pistol with an extended magazine and a drum magazine, followed by a text message stating, "Yea gang I need a switch now." **ENRIQUEZ** responded, "Yeah I gotchu."

4. On or about July 20, 2021, **KEONTICE REED** asked **ANTHONY EDMOND** if he could get a Glock 23 and a 10mm firearm for an unnamed third party. **EDMOND** responded that there was a "10MM in the store for 650 before tax but they didn't have a 23." **REED** replied, "Ok he want a 40 n nickel where he can put a button on it," meaning that the third party wanted a Glock pistol that he could equip with a "button," code for a machinegun conversion device. **REED** then provided **EDMOND** the phone number for the third party.

5. On or about July 21, 2021, **ANTHONY EDMOND** sent **KEONTICE REED** a video showing **EDMOND** firing a fully automatic Glock pistol equipped with a machinegun conversion device off the back deck of **EDMOND's** home in Athens, Georgia.

6. On or about July 23, 2021, **ANTHONY EDMOND** asked **RAFAEL ENRIQUEZ**, "You still need a switch[?]" **ENRIQUEZ** responded, "Yeah," and **EDMOND** messaged, "My homie got some for 700." **ENRIQUEZ** inquired, if it was for the "big lick," and **EDMOND** replied, "For the Glock."

7. Between on or about September 22, 2021, and October 9, 2021, **ANTHONY EDMOND** communicated with D.M. about selling D.M. a firearm with a "switch on it." **EDMOND** sent D.M. a video of himself on the back deck of his home in Athens, Georgia firing a fully automatic Glock pistol equipped with a machinegun conversion device and a drum

37

magazine. As shown below in a screenshot from the video, the machinegun conversion device is visible on the back of the Glock pistol. In subsequent messages, **EDMOND** explained that he was going to get a machinegun conversion device in Chicago and install it on a "pipe" (pistol) that he already had in Georgia. D.M. replied, "OK just let me know I got the money waiting on ya."



8.      On or about October 4, 2021, **ANTHONY EDMOND** messaged **RAFAEL ENRIQUEZ** and asked **ENRIQUEZ**, "You can get me two buttons?"

9.      On or about October 23, 2021, **ANTHONY EDMOND** again asked **RAFAEL ENRIQUEZ** about the availability of machinegun conversion devices ("buttons") by messaging, "Dude ever say how many they got[?]" **ENRIQUEZ** replied that there were two available for $300 each.

38

10. On or about October 24, 2021, **ANTHONY EDMOND** was at the airport in Chicago waiting on his return flight to Georgia when **RAFAEL ENRIQUEZ** messaged him about the machinegun conversion devices, stating that he was trying to give them to **EDMOND** before he left. Since he was already at the airport, **EDMOND** asked **ENRIQUEZ** to mail them to him.

11. On or about October 28, 2021, **EDMOND** asked **ENRIQUEZ**, "How much I owe you for the buttons[?]" After **EDMOND** told **ENRIQUEZ** that he wanted two, **ENRIQUEZ** replied that the cost would be "6," meaning $600, for two machinegun conversion devices.

12. On or about November 21, 2021, **ANTHONY EDMOND** informed **RAFAEL ENRIQUEZ** that he had a buyer willing to pay $2,000 for four machinegun conversion devices. **ENRIQUEZ** asked **EDMOND** if he should send them (machinegun conversion devices) out, and **EDMOND** replied, "if you can."

13. On or about November 26, 2021, **ANTHONY EDMOND** messaged **RAFAEL ENRIQUEZ** that he had three individuals interested in purchasing a machinegun conversion device or switch, but to avoid writing "switch," **EDMOND's** message contained an emoji of a light switch.

All in violation of Title 18, United States Code, Section 371.

## COUNT 3
### (FALSE STATEMENT DURING PURCHASE OF A FIREARM)

On or about May 15, 2021, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, defendant,

**ANTHONY EDMOND,**
**counselled, induced, procured, aided and abetted by defendant**

39

**RAFAEL ENRIQUEZ,**

in connection with the acquisition of a firearm, that is, one (1) Glock, Model: 19, 9mm pistol, Serial Number: AFDH592, and one (1) Glock, Model: 19, 9mm pistol, Serial Number: BTDG919, from Kimberly's Jewelry, Inc. – Duncan and Company, d/b/a Franklin Gun Shop, located at 3941 Atlanta Highway, Athens, Georgia, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, **ANTHONY EDMOND** knowingly made a false and fictitious written statement to Kimberly's Jewelry, Inc. – Duncan and Company, d/b/a Franklin Gun Shop, which statement was intended and likely to deceive Kimberly's Jewelry, Inc. – Duncan and Company, d/b/a Franklin Gun Shop as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that **ANTHONY EDMOND** represented that he was the actual transferee or buyer of the firearm when in fact **RAFAEL ENRIQUEZ** was the actual transferee or buyer of the firearm; all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and Section 2.

<u>COUNT 4</u>
**(FALSE STATEMENT DURING PURCHASE OF A FIREARM)**

On or about May 17, 2021, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, defendant,

**ANTHONY EDMOND**
**counselled, induced, procured, aided and abetted by defendant**
**RAFAEL ENRIQUEZ,**

in connection with the acquisition of a firearm, that is, one (1) Glock, Model: 17, 9mm pistol, Serial Number: AFKC596, one (1) Glock, Model: 21, .45 caliber pistol, Serial Number: AFNT372, and one (1) Glock, Model: 17, 9mm pistol, Serial Number: BPFS357, from Kimberly's Jewelry,

Inc. – Duncan and Company, d/b/a Franklin Gun Shop, located at 3941 Atlanta Highway, Athens, Georgia, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, **ANTHONY EDMOND** knowingly made a false and fictitious written statement to Kimberly's Jewelry, Inc. – Duncan and Company, d/b/a Franklin Gun Shop, which statement was intended and likely to deceive Kimberly's Jewelry, Inc. – Duncan and Company, d/b/a Franklin Gun Shop as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that **ANTHONY EDMOND** represented that he was the actual transferee or buyer of the firearm when in fact **RAFAEL ENRIQUEZ** was the actual transferee or buyer of the firearm; all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and Section 2.

<u>**COUNT 5**</u>
**(FALSE STATEMENT DURING PURCHASE OF A FIREARM)**

On or about May 17, 2021, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, defendant

**ANTHONY EDMOND**
**counselled, induced, procured, aided and abetted by defendant**
**RAFAEL ENRIQUEZ,**

in connection with the acquisition of a firearm, that is, one (1) Springfield Armory, Model: XDM Elite, 9mm pistol, Serial Number: BA228016, from Athens Gun Club, located at 115 Mill Center Boulevard, Athens, Georgia, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, **ANTHONY EDMOND** knowingly made a false and fictitious written statement to Athens Gun Club, which statement was intended and likely to deceive Athens Gun Club as to a fact material to the lawfulness of such sale of the said firearm under

41

Chapter 44 of Title 18, in that **ANTHONY EDMOND** represented that he was the actual transferee or buyer of the firearm when in fact **RAFAEL ENRIQUEZ** was the actual transferee or buyer of the firearm; all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and Section 2.

## COUNT 6
### (FALSE STATEMENT DURING PURCHASE OF A FIREARM)

On or about June 20, 2021, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, defendant,

**ANTHONY EDMOND**
**counselled, induced, procured, aided and abetted by defendant**
**RAFAEL ENRIQUEZ,**

in connection with the acquisition of a firearm, that is, one (1) Ruger, Model: 5.7, 5.7x28mm pistol, Serial Number: 642-27459, one (1) Springfield Armory, Model: Saint, 5.56 caliber pistol, Serial Number: ST423704, one (1) Glock, Model: 32, .357 pistol, Serial Number: BTHY933, and one (1) Glock, Model: 26, 9mm pistol, Serial Number: AFSS269, from Athens Gun Club, located at 115 Mill Center Boulevard, Athens, Georgia, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, **ANTHONY EDMOND** knowingly made a false and fictitious written statement to Athens Gun Club, which statement was intended and likely to deceive Athens Gun Club as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that **ANTHONY EDMOND** represented that he was the actual transferee or buyer of the firearm when in fact **RAFAEL ENRIQUEZ** was the actual transferee or buyer of the firearm; all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and Section 2.

42

## COUNT 7
### (FALSE STATEMENT DURING PURCHASE OF A FIREARM)

On or about June 21, 2021, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, defendant,

**ANTHONY EDMOND**
**counselled, induced, procured, aided and abetted by defendant**
**ELIJAH LUCENA,**

in connection with the acquisition of a firearm, that is, one (1) Glock, Model: 22, .40 caliber pistol, Serial Number: BSRC645, and one (1) Glock, Model: 22, .40 caliber pistol, Serial Number: BSRC484, from Athens Gun Club, located at 115 Mill Center Boulevard, Athens, Georgia, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, **ANTHONY EDMOND** knowingly made a false and fictitious written statement to Athens Gun Club, which statement was intended and likely to deceive Athens Gun Club as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that **ANTHONY EDMOND** represented that he was the actual transferee or buyer of the firearm when in fact **ELIJAH LUCENA** was the actual transferee or buyer of the firearm; all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and Section 2.

## COUNT 8
### (FALSE STATEMENT DURING PURCHASE OF A FIREARM)

On or about July 19, 2021, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, defendant,

**ANTHONY EDMOND**
**counselled, induced, procured, aided and abetted by defendant**
**KEONTICE REED,**

43

in connection with the acquisition of a firearm, that is, one (1) Glock, Model: 27, .40 caliber pistol, Serial Number: BSYR318, and one (1) Glock, Model: 31, .357 pistol, Serial Number: BSUG220, from Athens Gun Club, located at 115 Mill Center Boulevard, Athens, Georgia, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, **ANTHONY EDMOND** knowingly made a false and fictitious written statement to Athens Gun Club, which statement was intended and likely to deceive Athens Gun Club as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that **ANTHONY EDMOND** represented that he was the actual transferee or buyer of the firearm when in fact **KEONTICE REED** was the actual transferee or buyer of the firearm; all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and Section 2.

## COUNT 9
### (FALSE STATEMENT DURING PURCHASE OF A FIREARM)

On or about July 24, 2021, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, defendant,

**ANTHONY EDMOND**
**counselled, induced, procured, aided and abetted by defendant**
**RAFAEL ENRIQUEZ,**

in connection with the acquisition of a firearm, that is, one (1) Glock, Model: 30, .45 caliber pistol, Serial Number: BSMH183, one (1) Glock, Model: 26, 9mm pistol, Serial Number: ZMM556, one (1) Glock, Model: 43X, 9mm pistol, Serial Number: AFSP388, one (1) Glock, Model: 22, .40 caliber pistol, Serial Number: AFSN965, and one (1) Glock, Model: 19X, 9mm pistol, Serial Number: BTYW437, from Kimberly's Jewelry, Inc. – Duncan and Company, d/b/a Franklin Gun Shop, located at 3941 Atlanta Highway, Athens, Georgia, a licensed dealer of firearms within the

meaning of Chapter 44, Title 18, United States Code, **ANTHONY EDMOND** knowingly made a false and fictitious written statement to Kimberly's Jewelry, Inc. – Duncan and Company, d/b/a Franklin Gun Shop, which statement was intended and likely to deceive Kimberly's Jewelry, Inc. – Duncan and Company, d/b/a Franklin Gun Shop as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that **ANTHONY EDMOND** represented that he was the actual transferee or buyer of the firearm when in fact **RAFAEL ENRIQUEZ** was the actual transferee or buyer of the firearm; all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and Section 2.

## COUNT 10
### (POSSESSION OF FIREARM BY A CONVICTED FELON)

On or about June 8, 2021, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**MELVIN GRIFFIN,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did, aided and abetted by

**ANTHONY EDMOND,**

knowingly constructively possess a firearm which had been shipped and transported in interstate and foreign commerce, to wit: one (1) Glock, Model: 19, 9mm pistol, Serial Number: BTXK652; one (1) Glock, Model: 17, 9mm pistol, Serial Number: BTVW521; and one (1) Glock, Model: 19, 9mm pistol, Serial Number: AFSL814; all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and Section 2.

45

## COUNT 11
## (POSSESSION OF FIREARM BY A CONVICTED FELON)

On or about May 15, 2021, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**RAFAEL ENRIQUEZ,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did, aided and abetted by

**ANTHONY EDMOND,**

knowingly constructively possess a firearm which had been shipped and transported in interstate and foreign commerce, to wit: one (1) Glock, Model: 19, 9mm caliber pistol, Serial Number: AFDH592, one (1) Glock, Model: 19, 9mm pistol, Serial Number: BTDG919; all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and Section 2.

## COUNT 12
## (POSSESSION OF FIREARM BY A CONVICTED FELON)

On or about May 17, 2021, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**RAFAEL ENRIQUEZ,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did, aided and abetted by

**ANTHONY EDMOND,**

knowingly constructively possess a firearm which had been shipped and transported in interstate and foreign commerce, to wit: one (1) Glock, Model: 17, 9mm caliber pistol, Serial

Number: AFKC596, one (1) Glock, Model: 21, .45 caliber pistol, Serial Number: AFNT372, one (1) Glock, Model: 17, 9mm pistol, Serial Number: BPFS357; all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and Section 2.

## COUNT 13
### (POSSESSION OF FIREARM BY A CONVICTED FELON)

On or about June 20, 2021, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

### RAFAEL ENRIQUEZ,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did, aided and abetted by

### ANTHONY EDMOND,

knowingly constructively possess a firearm which had been shipped and transported in interstate and foreign commerce, to wit: one (1) Ruger, Model: 57, 5.7x28mm pistol, Serial Number: 642-27459, one (1) Springfield Armory, Model: Saint, 5.56 caliber pistol, Serial Number: ST423704, one (1) Glock, Model: 32, .357 caliber pistol, Serial Number: BTHY933, one (1) Glock, Model: 26, 9mm pistol, Serial Number: AFSS269; all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and Section 2.

## COUNT 14
### (POSSESSION OF FIREARM BY A CONVICTED FELON)

On or about July 24, 2021, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

### RAFAEL ENRIQUEZ,

knowing that he had been convicted of a crime punishable by imprisonment for a term

exceeding one year, did, aided and abetted by

**ANTHONY EDMOND,**

knowingly constructively possess a firearm which had been shipped and transported in interstate and foreign commerce, to wit: one (1) Glock, Model: 30, .45 caliber pistol, Serial Number: BSMH183, one (1) Glock, Model: 26, 9mm pistol, Serial Number: ZMM556, one (1) Glock, Model: 43X, 9mm pistol, Serial Number: AFSP388, one (1) Glock, Model: 22, .40 caliber pistol, Serial Number: AFSN965, and one (1) Glock, Model: 19X, 9mm pistol, Serial Number: BTYW437; all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and Section 2.

## COUNT 15
### (POSSESSION OF FIREARM BY A CONVICTED FELON)

On or about June 21, 2021, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**ELIJAH LUCENA,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did, aided and abetted by

**ANTHONY EDMOND,**

knowingly constructively possess a firearm which had been shipped and transported in interstate and foreign commerce, to wit: one (1) Glock, Model: 22, .40 caliber pistol, Serial Number: BSRC645, one (1) Glock, Model: 22, .40 caliber pistol, Serial Number: BSRC484; all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and Section 2.

## COUNT 16
## (TRANSFER OF A FIREARM TO A CONVICTED FELON)

On or about December 3, 2021, in the Athens Division of the Middle District of Georgia,

**ANTHONY EDMOND,**

defendant herein, did knowingly transfer a firearm, that is, a Radical Firearms LLC, Model: RF-15, multi caliber pistol, Serial Number: 21-054532, to Witness 1 whose identity is known to the Grand Jury, knowing and having reasonable cause to believe that the Witness 1 had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d).

## COUNT 17
## (POSSESSION OF A MACHINEGUN)

On or about February 8, 2022, in the Athens Division of the Middle District of Georgia,

**ANTHONY EDMOND,**

defendant herein, did knowingly possess a machinegun, that is, one (1) Glock, Model: 21, .45 caliber pistol, Serial Number: EEU292; and one (1) Anderson Manufacturing, Model: AM-15, 7.62x39mm caliber rifle, Serial Number: 21093415; in violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

## COUNT 18
## (CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES)

Beginning on a date unknown to the Grand Jury and continuing until at least on or about February 8, 2022, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**ANTHONY EDMOND,**

49

RAFAEL ENRIQUEZ,
KEONTICE REED, and
MELVIN GRIFFIN,

did knowingly and intentionally combine, conspire, confederate, and agree with each other and others, known and unknown to the Grand Jury, to possess with intent to distribute: 3,4-Methylenedioxymethamphetamine, commonly referred to as "MDMA" or "ecstasy," a Schedule I controlled substance; and a mixture or substance containing a detectable amount of Marijuana, a Schedule I controlled substance; all in violation of Title 21, United States Code, Section 846, in connection with Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and (b)(1)(D).

## COUNT 19
### (CONSPIRACY TO POSSESS FIREARMS AND MACHINEGUNS IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

Beginning on a date unknown to the Grand Jury and continuing until at least on or about February 8, 2022, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

ANTHONY EDMOND,
RAFAEL ENRIQUEZ,
KEONTICE REED, and
MELVIN GRIFFIN,

did knowingly and intentionally combine, conspire, confederate, and agree with each other and others, known and unknown to the Grand Jury, to possess, use and carry a firearm in furtherance of a drug trafficking crime for which the defendants can be prosecuted in a court of the United States, as set forth in Count 18 of this indictment, said firearms being

50

| Manufacturer | Model | Serial Number | Type | Caliber |
|---|---|---|---|---|
| Century Arms | Micro Draco | PMD-20770-20 | Pistol | 7.62x39 |
| Glock | 19 | BTXK652 | Pistol | 9mm |
| Glock | 17 | BTVW521 | Pistol | 9mm |
| Glock | 19 | AFSL814 | Pistol | 9mm |
| Glock | 19 | AFDH592 | Pistol | 9mm |
| Glock | 19 | BTDG919 | Pistol | 9mm |
| Glock | 17 | AFKC596 | Pistol | 9mm |
| Glock | 21 | AFNT372 | Pistol | .45 cal. |
| Glock | 17 | BPFS357 | Pistol | 9mm |
| Ruger | 57 | 642-27459 | Pistol | 5.7x28mm |
| Springfield Armory | Saint | ST423704 | Pistol | 5.56 |
| Glock | 32 | BTHY933 | Pistol | .357 |
| Glock | 26 | AFSS269 | Pistol | 9mm |
| Glock | 22 | BSRC645 | Pistol | .40 cal. |
| Glock | 22 | BSRC484 | Pistol | .40 cal. |
| Glock | 27 | BSYR318 | Pistol | .40 cal. |
| Glock | 31 | BSUG220 | Pistol | .357 cal. |
| Glock | 30 | BSMH183 | Pistol | .45 ACP |
| Glock | 26 | ZMM556 | Pistol | 9mm |
| Glock | 43X | AFSP388 | Pistol | 9mm |
| Glock | 22 | AFSN965 | Pistol | .40 caliber |
| Glock | 19X | BTYW437 | Pistol | 9mm |
| Century Arms | 39V2 | C39P2A05880 | Pistol | 7.62x39m |
| Century Arms | 39V2 | C39V2A59569 | Pistol | 7.62x39mm |
| Maverick | Model 88 | MV09790K | Shotgun | 12 gauge |
| Ruger | Blackhawk | 35-84382 | Revolver | .357 |
| Keltec | PLR-16 | PCD01 | Pistol | 5.56 |

and machineguns,

| Manufacturer | Model | Serial Number | Type | Caliber |
|---|---|---|---|---|
| Glock | 21 | EEU292 | Pistol | .45 |
| Anderson | AM-15 | 21093415 | Rifle | 7.62 x 39mm |

all in violation of Title 18, United States Code, Section 924(o), in connection with Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(ii).

## COUNT 20
### (CONSPIRACY TO TRAFFIC IN STOLEN MOTOR VEHICLES)

Beginning on a date unknown to the Grand Jury and continuing until at least on or about February 8, 2022, in the Middle District of Georgia and elsewhere, the defendants,

**ANTHONY EDMOND, and**
**RAFAEL ENRIQUEZ,**

knowingly and willfully conspired with each other and others, known and unknown to the Grand Jury, to unlawfully transport in interstate commerce at least one stolen motor vehicle from the State of Illinois to the State of Georgia, knowing the vehicle to be stolen, in violation of Title 18, United States Code, Section 2312.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the goals thereof, **ANTHONY EDMOND** and **RAFAEL ENRIQUEZ** committed and caused to be committed overt acts, including, but not limited to the following:

1. On or about October 27, 2021, **RAFAEL ENRIQUEZ** sent **ANTHONY EDMOND** a photograph of a gray Dodge Charger SRT, which **ENRIQUEZ** made available for **EDMOND** to purchase for $5,500.

2. On or about October 30, 2021, **RAFAEL ENRIQUEZ** sent **ANTHONY EDMOND** a message which stated, "They just grab a srt truck," accompanied by photographs showing the exterior and interior of a white Jeep Grand Cherokee SRT located in Illinois which **ENRIQUEZ** indicated could be purchased by **EDMOND** for $5,500.

3. On or about October 30, 2021, **ANTHONY EDMOND** sent a $500 downpayment for the purchase of the white Jeep Grand Cherokee SRT to the Zelle account of **RAFAEL ENRIQUEZ's** girlfriend, J.F., and transferred an additional $1,000 through the Walmart2Walmart money transfer service from a Walmart store located in Elberton, Georgia, in the Middle District of Georgia, to **RAFAEL ENRIQUEZ** at a Walmart stored located in Chicago, Illinois, in the Northern District of Illinois. As proof of payment, **EDMOND** sent **ENRIQUEZ** a photograph of the Walmart2Walmart payment receipt.

4. On or about October 30, 2021, **ANTHONY EDMOND** asked **RAFAEL ENRIQUEZ** how much it would cost to switch the Vehicle Identification Number (VIN) on the white Jeep Grand Cherokee SRT.

5. On or about November 2, 2021, at approximately 3:10 AM, a black 2014 Jeep Grand Cherokee SRT, bearing Illinois license plate number CN25085, was stolen by two masked men from a hotel parking garage in Chicago.

6. On or about November 3, 2021, **ANTHONY EDMOND** asked **RAFAEL ENRIQUEZ**, "They dropped it off[?]" **RAFAEL ENRIQUEZ** responded by sending the photograph depicted below of a black 2014 Jeep Grand Cherokee SRT, followed by the message, "Yeah I got it."

53



7.    On or about November 3, 2021, **RAFAEL ENRIQUEZ** sent **ANTHONY EDMOND** a message asking **EDMOND** to try and get a legitimate "vin out there," so that **ENRIQUEZ's** "ppl can make the plate," meaning that **ENRIQUEZ** needed **EDMOND** to provide him a legitimate VIN assigned to a vehicle in Georgia ("out there") so that **ENRIQUEZ's** people ("ppl") in Illinois could make a counterfeit VIN plate with the number that **EDMOND** provided. **EDMOND** responded by stating, "What if we used my vin in the white jeep," followed by sending a photograph of a VIN plate with the last four digits 0847.

8.    On or about November 4, 2021, **ANTHONY EDMOND** messaged **RAFAEL ENRIQUEZ** and stated that they were going to have to remove the windshield "to swap that front Vin." **ENRIQUEZ** replied, "Yeah," and sent **EDMOND** photographs of a black 2014 Jeep Grand Cherokee SRT, one of which showed that affixed to the rear of the vehicle was Illinois license plate number CN25085.

9.      On or about January 4, 2022, a red 2018 Dodge Durango SUV, bearing Illinois license plate number CV47479, was stolen from a residence on South Michigan Avenue in Chicago.

10.     On or about January 10, 2022, **RAFAEL ENRIQUEZ** sent **ANTHONY EDMOND** a photograph of a red Dodge Durango SUV with Illinois license plate number CV47479 affixed to the front bumper. **EDMOND** responded to the photograph by asking, "They got them now?" **ENRIQUEZ** replied, "Yeah."

All in violation of Title 18, United States Code, Section 371.

## COUNT 21
## (INTERSTATE TRAVEL WITH INTENT TO ENGAGE IN FIREARMS TRAFFICKING)

On and between May 15, 2021, and May 17, 2021, the exact date range being unknown to the Grand Jury, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**ANTHONY EDMOND, and
RAFAEL ENRIQUEZ,**

with the intent to engage in the business of dealing in firearms without a license, a violation of 18 U.S.C. § 922(a)(1)(A), traveled from one state into another state, and acquired and attempted to acquire firearms in the other state, in furtherance of such purpose, and aided and abetted the same, that is, **RAFAEL ENRIQUEZ** traveled from Illinois into Georgia, for the purpose of acquiring firearms in Georgia from **ANTHONY EDMOND,** with the intent that the firearms would be transported to and distributed in Illinois; all in violation of Title 18, United States Code, Sections 924(n) and 2.

55

## COUNT 22
### (INTERSTATE TRAVEL WITH INTENT TO ENGAGE IN FIREARMS TRAFFICKING)

On and between June 18, 2021, and June 21, 2021, the exact date range being unknown to the Grand Jury, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**ANTHONY EDMOND,**
**RAFAEL ENRIQUEZ, and**
**ELIJAH LUCENA,**

with the intent to engage in the business of dealing in firearms without a license, a violation of 18 U.S.C. § 922(a)(1)(A), traveled from one state into another state, and acquired and attempted to acquire firearms in the other state, in furtherance of such purpose, and aided and abetted the same, that is, **RAFAEL ENRIQUEZ** and **ELIJAH LUCENA** traveled from Illinois into Georgia, for the purpose of acquiring firearms in Georgia from **ANTHONY EDMOND**, with the intent that the firearms would be transported to and distributed in Illinois; all in violation of Title 18, United States Code, Sections 924(n) and 2.

## COUNT 23
### (INTERSTATE TRAVEL WITH INTENT TO ENGAGE IN FIREARMS TRAFFICKING)

On and between July 23, 2021, and July 25, 2021, the exact date range being unknown to the Grand Jury, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**ANTHONY EDMOND, and**
**RAFAEL ENRIQUEZ,**

with the intent to engage in the business of dealing in firearms without a license, a violation of 18 U.S.C. § 922(a)(1)(A), traveled from one state into another state, and acquired and attempted

to acquire firearms in the other state, in furtherance of such purpose, and aided and abetted the same, that is, RAFAEL ENRIQUEZ traveled from Illinois into Georgia, for the purpose of acquiring firearms in Georgia from ANTHONY EDMOND, with the intent that the firearms would be transported to and distributed in Illinois; all in violation of Title 18, United States Code, Sections 924(n) and 2.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY

Presented By:

MICHAEL MORRISON
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this ___15___ day of ___April___ , AD 2026.

___C. Alston___
Deputy Clerk

57