IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:26-CR-6 |
| | : | |
| ANTHONY EDMOND, et al., | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**MOTION TO UNSEAL**

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and respectfully submits this Motion to Unseal as follows:

The need for sealing this case is no longer needed.  Therefore, the Government respectfully requests that the Court unseal Case No. 3:26-CR-6, and all documents filed therein.

Respectfully submitted, this 23rd day of June, 2026.

By:     *s/ Michael Morrison*
MICHAEL MORRISON
Assistant United States Attorney
Georgia Bar No. 153001
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
Email: Mike.Morrison@usdoj.gov