IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA,

vs.

Case No.:   3:26-CR-00006-TES-CHW

MELVIN GRIFFIN

## ORDER GRANTING MOTION TO TRAVEL

Upon consideration of the Defendant's Motion for Permission to Travel to

Henderson, Nevada, the Court GRANTS the Motion and will allow Defendant to travel to

Henderson, Nevada on July 31, 2026, and return to Georgia on July 31, 2026.

SO ORDERED THIS _____ day of _____, 2026.

_____
TILMAN E. SELF, IIII
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

1